UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BESSIE NICHOLS** | * CIVIL ACTION NO: |
|     **Plaintiff** | * |
| | * SECTION: |
| **Versus** | * |
| | * MAGISTRATE: |
| **JAZZ CASINO COMPANY, LLC d/b/a** | * |
| **HARRAH'S NEW ORLEANS CASINO** | * |
|     **Defendant** | * JUDGE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Jazz Casino Company, LLC d/b/a Harrah's New Orleans Casino hereby removes this action from the Civil District Court for the Parish of Orleans, State of Louisiana to the United States District Court for the Eastern District of Louisiana. In support of this Notice of Removal, Defendant respectfully states as follows:

### INTRODUCTION

1.    Plaintiff Bessie Nichols commenced this action on or about December 5, 2018 by filing a Petition against Defendant in the Civil District Court for the Parish of Orleans, State of Louisiana, with a caption of *Bessie Nichols v. Jazz Casino Company, LLC d/b/a Harrah's New Orleans Casino,* Case Number 18-12190 (**"State Court Action"**). Other than the filing of the Petition in the State Court Action, Defendant is not aware of any other proceedings or filings before the Civil District Court related to this action. True and correct copies of all pleadings and process received from Plaintiff in the State Court Action are attached collectively as Exhibit A.

2.    The Civil District Court for the Parish of Orleans is located within the Parish of Orleans. Therefore, venue in this Court is proper because the State Court Action is being

removed to the "district court of the United States for the district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

3. Defendant's removal is made without waiver of any defenses, including, but not limited to, any defense related to a lack of or improper service of process, or insufficiency of service of process.

**THIS COURT HAS ORIGINAL JURISDICTION OVER PLAINTIFF'S CLAIMS**

4. This Court has original subject matter jurisdiction over this action under 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Plaintiff's Petition alleges causes of action under the federal Age Discrimination in Employment Act (¶ 7) and the federal Americans with Disabilities Act (¶ 8). See Exhibit A. Therefore, this action is removable under 28 U.S.C. § 1441(a).

**DEFENDANT TIMELY REMOVED THE STATE COURT ACTION**

5. Defendant received service of the Petition in the State Court Action on February 13, 2019. This Notice of Removal is filed within thirty days of the first day on which Defendant was properly served with any pleading as required by 28 U.S.C. § 1446(b).

6. All Defendants join and consent to the removal of the State Court Action.

**DEFENDANT'S COMPLIANCE WITH NOTICE REQUIREMENTS**

7. Written notice of the filing of this Notice of Removal will be promptly served upon Plaintiff's counsel of record, The Law Offices of Jon S. McGill, LLC, in accordance with 28 U.S.C. § 1446(d).

8. A true and correct copy of this Notice of Removal will also be promptly filed with the Clerk of the Civil District Court for the Parish of Orleans in accordance with 28 U.S.C. §

1446(d), as an attachment to Defendant's Notice of Filing of Notice of Removal. A true copy of the written notice, without attachments, is attached as Exhibit B.

**WHEREFORE**, Defendant hereby removes this action now pending in the Civil District Court for the Parish of Orleans to the United States District Court for the Eastern District of Louisiana. Respectfully submitted,

>  *s/ Ralph R. Alexis, III*
> Ralph R. Alexis, III, T.A. (2379)
> Glenn B. Adams (2316)
> COREY D. MOLL (34245)
> **PORTEOUS, HAINKEL AND JOHNSON, LLP**
> 704 Carondelet Street
> New Orleans, LA 70130-3774
> Phone:  (504) 581-3838
> Fax:  (504) 581-4069
> E-mail:  ralexis@phjlaw.com
> E-mail: gadams@phjlaw.com
> E-mail: pconnick@phjlaw.com
> *Attorneys for Defendant, Jazz Casino Company, LLC d/b/a Harrah's New Orleans*

## **CERTIFICATE OF SERVICE**

I hereby certify that **on March 11, 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jon S. McGill, Esq.
Donald P. Dorenkamp, II, Esq.
The Law Offices of Jon S. McGill, LLC
235 Derbigny Street, Suite 100
Gretna, LA  70053
Email: jon@jonsmcgilllaw.com
Email:  donald@dorenkamplaw.com
*Counsel for Michael Fayard*

> *s/ Ralph R. Alexis, III*
> **RALPH R. ALEXIS, III**